**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andrew Spotted ELK, Defendant– Appellant.**

No. 15–1941.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 19, 2015.

Filed: Aug. 24, 2015.

Timothy Marshall, Maher Carrie Sanderson, U.S. Attorney's Office, Pierre, SD, for Plaintiff–Appellee.

Jana Miner, Federal Public Defender's Office, Pierre, SD, for Defendant–Appellant.

Andrew Spotted Elk, Sioux Falls, SD, pro se.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Andrew Spotted Elk directly appeals the sentence that the district court [1] imposed upon revoking his supervised release, arguing that his six-month prison sentence is substantively unreasonable. Upon careful review, *see United States v. Miller,* 557 F.3d 910, 915–16 (8th Cir.2009) (appellate review of revocation sentence), we conclude that the within-Guidelines-range sentence is not substantively unreasonable, *see United States v. Petreikis,* 551 F.3d 822, 824 (8th Cir.2009). We grant counsel's motion to withdraw. The judgment is affirmed.

---

1. The Honorable Roberto A. Lange, United States District Judge for the District of South Dakota.